```
____ ✓FILED        ____ LODGED
____ RECEIVED ____ COPY

      APR 1 4 2021

  CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joe.Koehler@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Todd Gehman Howard,<br><br>                    Defendant. | No.   CR-21-08033-PCT-SMB (ESW)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 922(g)(1)<br>          (Felon in Possession of Firearms<br>          and Ammunition)<br>          Count 1<br><br>          18 U.S.C. §§ 924(d) and 981,<br>          21 U.S.C. §§ 853 and<br>          28 U.S.C. § 2461(c)<br>          (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 11, 2019, in the District of Arizona, Todd Gehman Howard, knowing he had previously been convicted in 2010 of crimes punishable by imprisonment for a term exceeding one year, that is, Harboring or Concealing a Fugitive, and False Statements, in the United States District Court for the Western District of Washington, did knowingly possess firearms, that is,

| |
|---|
| a. Remington Arms Company, Inc., XP100 .221 caliber pistol, SN: A7501462 |
| b. Colt King Cobra .357 caliber revolver, SN: EC0877; |
| c. Smith & Wesson K-22 .22 caliber revolver, SN: 248196; |

| |
|---|
| d. High Standard Sentinel MKIV .22 caliber revolver, SN: S48966; |
| e. Colt King Cobra .357 caliber Revolver, SN: K2230C; |
| f. Iver Johnson Hammer .38 caliber revolver, SN: G42028; |
| g. Taurus 605 .357 caliber revolver, SN: 0E67414; |
| h. Smith & Wesson 19 .357 caliber revolver, SN: K620556; |
| i. High Standard DM101 .22 caliber Derringer, SN: 1816027; |
| j. Colt Python .357 caliber revolver, SN: 55936E; |
| k. RG Industries RG31 .38 caliber revolver, SN: Q172480; |
| l. Colt Peacekeeper .357 caliber revolver, SN: 64675V; |
| m. Century Arms International L1A1 .308 caliber Sporter rifle, SN: 100084; |
| n. F.N. (FN Herstal) FAL .308 caliber rifle, SN: A06411; |
| o. Ruger Mini 14 .223 caliber rifle, SN: 182-01192; |
| p. Ruger Mini 14 .223 caliber rifle, SN: 181-43071; |
| q. Winchester 9422M XTR .22 caliber rifle, SN: F335297; |
| r. Ruger 10/22 .22 caliber rifle, SN: 171527; |
| s. Remington Arms Company, Inc., 742 .308 caliber rifle, SN: 364400 |
| t. Remington Arms Company, Inc., 870 Express 12 gauge shotgun, SN: W580755M; |
| u. Winchester 67A .22 caliber rifle, SN: None; |
| v. Remington Arms Company, Inc., 1100 LT20 shotgun, SN: M957275U; |
| w. Mossberg 500A 12 gauge shotgun, SN: K952761; |

and approximately 7,600 rounds of ammunition in various calibers and quantities, all firearms and ammunition in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

- 2 -

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

| |
|---|
| a. Remington Arms Company, Inc., XP100 .221 caliber pistol, SN: A7501462 |
| b. Colt King Cobra .357 caliber revolver, SN: EC0877; |
| c. Smith & Wesson K-22 .22 caliber revolver, SN: 248196; |
| d. High Standard Sentinel MKIV .22 caliber revolver, SN: S48966; |
| e. Colt King Cobra .357 caliber Revolver, SN: K2230C; |
| f. Iver Johnson Hammer .38 caliber revolver, SN: G42028; |
| g. Taurus 605 .357 caliber revolver, SN: 0E67414; |
| h. Smith & Wesson 19 .357 caliber revolver, SN: K620556; |
| i. High Standard DM101 .22 caliber Derringer, SN: 1816027; |
| j. Colt Python .357 caliber revolver, SN: 55936E; |
| k. RG Industries RG31 .38 caliber revolver, SN: Q172480; |
| l. Colt Peacekeeper .357 caliber revolver, SN: 64675V; |
| m. Century Arms International L1A1 .308 caliber Sporter rifle, SN: 100084; |
| n. F.N. (FN Herstal) FAL .308 caliber rifle, SN: A06411; |
| o. Ruger Mini 14 .223 caliber rifle, SN: 182-01192; |
| p. Ruger Mini 14 .223 caliber rifle, SN: 181-43071; |
| q. Winchester 9422M XTR .22 caliber rifle, SN: F335297; |
| r. Ruger 10/22 .22 caliber rifle, SN: 171527; |

- 3 -

| s. Remington Arms Company, Inc., 742 .308 caliber rifle, SN: 364400 |
| t. Remington Arms Company, Inc., 870 Express 12 gauge shotgun, SN: W580755M; |
| u. Winchester 67A .22 caliber rifle, SN: None; |
| v. Remington Arms Company, Inc., 1100 LT20 shotgun, SN: M957275U; and |
| w. Mossberg 500A 12 gauge shotgun, SN: K952761. |

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date:  April 14, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

_/s/_
JOSEPH E. KOEHLER
Assistant U.S. Attorney